UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Thomas Trupiano

    v.                                Civil No. 09-cv-69-PB

Cottage Hospital

### O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $1.20 is due no later than April 13, 2009. In addition, 20% of each preceding month's income credited to plaintiff's account is to be remitted by the NH State Prison for Men when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

**SO ORDERED.**

                                  /s/ James R. Muirhead
                                  James R. Muirhead
                                  United States Magistrate Judge

Date: March 13, 2009

cc:    Thomas Trupiano, pro se
        Bonnie S. Reed, Financial Administrator
        NH State Prison for Men, Inmate Accounts