UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Thomas Trupiano</u>

        v.                        Case No. 09-cv-69-PB

<u>Cottage Hospital</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Magistrate Judge Muirhead dated August 3, 2009, for the reasons set forth therein.

SO ORDERED.

August 19, 2009                        <u>/s/ Paul Barbadoro</u>
                                            Paul Barbadoro
                                            United States District Judge

cc:    Thomas Trupiano, pro se