UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Thomas Trupiano**

    **v.**                              Case No. 09-cv-69-PB

**Cottage Hospital**

### O R D E R

Thomas Trupiano has a medical malpractice claim against Cottage Hospital.  The Hospital has filed a motion for summary judgment arguing that it is entitled to judgment because Trupiano cannot produce expert testimony to support his claim.

The deadline for making expert disclosures has passed and Trupiano has not identified any experts.  More importantly, Trupiano has failed to produce expert testimony in response to the motion for summary judgment.  Expert testimony is required to establish Trupiano's medical malpractice claim.  See N.H. Rev. Stat. Ann. § 507-E:2I(c).  Accordingly, the Hospital is entitled to summary judgment.

Defendant's motion for summary judgment (Doc. No. 47) is granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 23, 2010

cc: Thomas Trupiano, pro se
    Todd Hathaway, Esq.
    Joseph Mattson, ESq